Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00371-CV

**HIGHLAND HOMES, LTD.**,
Appellant

v.

**BENNY & BENNY CONSTRUCTION COMPANY**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-18132
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 28, 2010.

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM